**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 63 EM 2021
:
Respondent :
:
:
:
v. :
:
:
:
LIONEL BULLOCK, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and the Motion for Appointment of Counsel are DENIED.